# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LOUIS BOUDREAUX

VERSUS

ENSCO OFFSHORE, L.L.C. ET AL

NO. 2026 CW 0309

**MARCH 20, 2026**

---

In Re:    Ensco Offshore, LLC and Ensco Holding Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 743708.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**STAY DENIED; WRIT DENIED.**

> **PMc**
> **HG**
> **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT